UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Ronald Darnell Cephus, Jr., § | |
| Petitioner, § | |
| § | |
| v. § | |
| § | Civil Action H-19-4527 |
| Lorie Davis, § | |
| Director, Texas Department § | |
| of Criminal Justice, Correctional § | |
| Institutions Division, § | |
| Respondent. § | |

# Order of Adoption

On February 27, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation (10) recommending that the court deny Ronald Darnell Cephus, Jr.'s petition for writ of habeas corpus. Cephus filed objections. (15) The court denies Cephus's objections and adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on March 31, 2020, at Houston, Texas.

_____

Lynn N. Hughes
United States District Judge